B1 (Official Form 1)(04/13)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bonterra, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>27-0206605 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>9856 Derby Lane<br>Westchester, IL                ZIP Code<br>60154 | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) <span style="float:right">Page 2</span>

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Bonterra, Inc. | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td> <b>Exhibit A</b>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
<br><br>
☐ Exhibit A is attached and made a part of this petition.</td>
<td> <b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).
<br><br>
<b>X</b> _____<br>
    Signature of Attorney for Debtor(s)       (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Bonterra, Inc.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** /s/ Joseph E. Cohen
Signature of Attorney for Debtor(s)

Joseph E. Cohen 3123243
Printed Name of Attorney for Debtor(s)

Cohen & Krol
Firm Name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

Address

312.368.0300  Fax: 312.368.4559
Telephone Number

August 28, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Steven Kirsch
Signature of Authorized Individual

Steven Kirsch
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 28, 2015
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Bonterra, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Bonterra, Inc. |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

Joseph E. Cohen 3123243
Printed Name of Attorney for Debtor(s)

Cohen & Krol
Firm Name

105 West Madison Street
Suite 1100
Chicago, IL 60602-4600

Address

312.368.0300  Fax: 312.368.4559
Telephone Number

8/28/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Steven Kirsch
Printed Name of Authorized Individual

President
Title of Authorized Individual

8/28/2015
Date

Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Northern District of Illinois

In re   Bonterra, Inc.                                                                        Case No.

                                              Debtor(s)                  Chapter    _ 7


## VERIFICATION OF CREDITOR MATRIX

                                                        Number of Creditors:                     27


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my
(our) knowledge.


Date:   8/28/2015

                                              Steven Kirsch/President
                                              Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   Bonterra, Inc.

                                      Debtor(s)

Case No.

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 8,000.00 |
| Prior to the filing of this statement I have received | $ | 8,000.00 |
| Balance Due | $ | 0.00 |

2. $  335.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       Representations of Debtor against Motions for Relief and Motions to Dismiss

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   August 28, 2015

                          Joseph E. Cohen 3123243
                          Cohen & Krol
                          105 West Madison Street
                          Suite 1100
                          Chicago, IL 60602-4600
                          312.368.0300  Fax: 312.368.4559

B6D (Official Form 6D) (12/07)

In re     Bonterra, Inc.                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | 2/2015 | | | | | |
| CAN Capital 2015 Vaughn Road Suite 500 Kennesaw, GA 30144 | | - | Non-Purchase Money Security  Possible lien on business assets | | | | | |
| | | | Value $            Unknown | | | | 84,090.50 | Unknown |
| Account No. | | | 1/2015 | | | | | |
| Everest Business Funding 2001 NW 107th Ave. 3rd Floor Miami, FL 33172 | | - | Non-Purchase Money Security  Possible lien on business assets | | | | | |
| | | | Value $            Unknown | | | | 31,532.55 | Unknown |
| Account No. | | | Non-Purchase Money Security | | | | | |
| Forest Park National Bank 7348 W. Madison St. Oak Park, IL 60304 | | - | Blanket lien on all personal property | | | | | |
| | | | Value $            Unknown | | | | 42,314.24 | Unknown |
| Account No. | | | Same debt as Everest Business Funding | | | | | |
| Funding Metrics 884 Town Center Dr. Langhorne, PA 19047 | | - | | | | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| __1__  continuation sheets attached | | | Subtotal (Total of this page) | | | | 157,937.29 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    Bonterra, Inc. _____ ,    Case No. _____
                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | - | | IRS Tax Lien<br><br>Possible tax lien on assets of debtor<br><br>Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |

Sheet _1__ of _1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 157,937.29 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    Bonterra, Inc.                                                    , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re      Bonterra, Inc.                                                    ,      Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cook County Treasurer<br>PO Box 805438<br>Chicago, IL 60680 | - | | | | | | 10,650.37 | 10,650.37 | 0.00 |
| Account No.<br><br>Illinois Secretarry of State<br>PO Box 19035<br>Springfield, IL 62794-9035 | - | | | | | | 18.00 | 18.00 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | - | | 2010 - 2013<br><br>Unpaid taxes - tax lien filed | | | | 246,744.41 | 0.00 | 246,744.41 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet  1   of  1   continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | 257,412.78 | 10,668.37<br>246,744.41 |
| | Total<br>(Report on Summary of Schedules) | 257,412.78 | 10,668.37<br>246,744.41 |

B6F (Official Form 6F) (12/07)

In re    Bonterra, Inc.                                                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 1020 S. Elgin Forest Park IL 60130 c/o Carol Krause 510 Selborne Riverside, IL 60546 | | - | | | | | | Unknown |
| Account No. 70 Oakvale Road Highland Park IL c/o Ed Zifken 1151 Linden Ave. Highland Park, IL 60035 | | - | | | | | | Unknown |
| Account No. A & M Fence Corp 3114 S. 61st Avenue Cicero, IL 60804 | | - | | | | | | 1,200.00 |
| Account No. AB Pro Construction c/o Dan Borbin 3518 N. Claremont Ave Chicago, IL 60618 | | - | | | | | | 12,765.00 |

__14__  continuation sheets attached

Subtotal (Total of this page)      13,965.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Bonterra, Inc. _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Affordable Hardwood c/o Claudio Duma 348 Brown St. unit 11 Des Plaines, IL 60016 | - | | | | | | | 2,000.00 |
| Account No. | | | | | | | | |
| All Pro Contracting, Inc. c/o Chris Talar 830 West Route 22, #109 Lake Zurich, IL 60047 | - | | | | | | | 23,000.00 |
| Account No. | | | | | | | | |
| All State Plumbing c/o Yaser Shakboua 3158 N Neenah Ave 3-D Chicago, IL 60634 | - | | | | | | | 5,500.00 |
| Account No. | | | | | | | | |
| All You Can Heat and Cool c/o Pino Zafardino 308 Beech Street Willow Springs, IL 60480 | - | | | | | | | 10,000.00 |
| Account No. | | | | | | | | |
| American Concete Restoration c/o Cathy Burkert 11S375 Jeans Road Lemont, IL 60439 | - | | | | | | | 4,500.00 |

Sheet no. _1_ of _14_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Bonterra, Inc. _____,   Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1007<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265 | - | | Charge Account | | | | 16,735.37 |
| Account No.<br><br>Andrew Fuller<br>716 S. Kenilworth Ave.<br>Oak Park, IL 60304 | - | | Clients of Debtor | | | | Unknown |
| Account No.<br><br>Arcos Environmental<br>c/o Transito Oliva<br>7413 W. Duvan Drive Unit z | - | | | | | | 700.00 |
| Account No. 4141<br><br>Arnold & Co.<br>7900 Nashville<br>Burbank, IL 60459 | - | | | | | | 11,215.00 |
| Account No.<br><br>AT&T Mobility<br>PO Box 6463<br><br>Carol Stream, IL 60197 | - | | | | | | 1,800.00 |

Sheet no. _2_ of _14_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    30,450.37

B6F (Official Form 6F) (12/07) - Cont.

In re    Bonterra, Inc.                                                                    ,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| B.C. Alarms Inc. c/o Ray Conrad PO Box 5815 Elgin, IL 60121 | - | | | | | | | 1,500.00 |
| Account No. | | | | | | | | |
| Big Rentz c/o Lexie Stiles 1063 McGaw Ave. #200 Irvine, CA 92614 | - | | | | | | | 1,000.00 |
| Account No. | | | | loan | | | | |
| Biz Lending 844 Town Ceter Dr. Langhorne, PA 19047 | - | | | | | | | 20,922.72 |
| Account No. | | | | | | | | |
| Bolt Scavenger Services 5819 W. Ogden Avenue Cicero, IL 60804 | - | | | | | | | 3,782.00 |
| Account No. | | | | Client of Debtor | | | | |
| Brian Bayan 127 N. Garfield Street Hinsdale, IL 60521 | - | | | | | | | Unknown |

Sheet no. __3__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            27,204.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Bonterra, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Car Collectors Warehouse<br>2500 Bradley Place<br>Chicago, IL 60610 | - | | Clients of Debtor | | | | Unknown |
| Account No.<br><br>Carol Krause<br>510 Selbourne<br>Riverside, IL 60546 | - | | | | | | Unknown |
| Account No.<br><br>Charlene Lancaster<br>390 Country Oak Lane<br>Palatine, IL 60067 | - | | Client of Debtor | | | | Unknown |
| Account No. 7320<br><br>Chase<br>PO Box 15298<br>Wilmington, DE 19850 | - | | Charge Account | | | | 20,495.80 |
| Account No. 9386<br><br>Chase<br>PO Box 15298<br>Wilmington, DE 19850 | - | | Charge Account | | | | 16,735.37 |

Sheet no. __4__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    37,231.17

B6F (Official Form 6F) (12/07) - Cont.

In re    Bonterra, Inc.                                         ,        Case No. _____
                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Charge Account | | | | |
| Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | - | | | | | | 8,613.36 |
| Account No. | | | Business Debt | | | | |
| Chicago Demolition Inc. c/o Peter 4818 S. LaPorte Chicago, IL 60638 | - | | | | | | 7,000.00 |
| Account No. | | | Clients of Debtor | | | | |
| Chicago Harley Davidson 2929 Patriot Drive Glenview, IL 60026 | - | | | | | | Unknown |
| Account No. | | | Clients of Debtor | | | | |
| Collin Abert 2144 N Sheffield Ave Chicago, IL 60614 | - | | | | | | Unknown |
| Account No. | | | Utility Bill | | | | |
| Comcast PO Box 3001 Southeastern, PA 19398 | - | | | | | | 122.00 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,735.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Bonterra, Inc.                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> ComEd <br> PO Box 6111 <br> Carol Stream, IL 60197 | | - | | Utility Bill | | | | 300.00 |
| Account No. -xxxx2511 <br><br> ComEd <br> PO BOX 6111 <br> Carol Stream, IL 60197 | | - | | Utility Bill | | | | 300.00 |
| Account No. <br><br> Contract Installation, LLC <br> 333 Washington Blvd. <br> Mundelein, IL 60060 | | - | | Business Debt | | | | 5,700.00 |
| Account No. <br><br> Dan Alexander <br> 1350 Braeburn <br> Flossmoor, IL 60422 | | - | | loan | | | | 49,000.00 |
| Account No. <br><br> DiVinci Painters Inc. <br> PO Box 1994 <br> Highland Park, IL 60035 | | - | | Business Debt | | | | 20,238.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,538.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Bonterra, Inc.                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Client of Debtor | | | | |
| Fox Powersports 3562 29th Street SE Grand Rapids, MI 49512 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Frances Landfear 6442 Fairfield Berwyn, IL 60402 | - | | | | | | Unknown |
| Account No. | | | Clients of Debtor | | | | |
| Heather Claxton-Douglas 508 S. Elmwood Ave. Oak Park, IL 60304 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| Home Depot Processing Center Des Moines, IA 50364 | - | | | | | | 1,520.00 |
| Account No. | | | | | | | |
| Infinite Construction Group Ramone 1400 NE Miami Gardens Dr. Miami, FL 33179 | - | | | | | | 23,000.00 |

Sheet no. __7__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    24,520.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Bonterra, Inc._____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| J. Scott Renovation Company c/o Joe Glasder 7508 S Rawson Cary, IL 60013 | - | | | | | | 53,000.00 |
| Account No. | | | Clients of Debtor | | | | |
| Jens Bogehegn 244 Home Ave. Oak Park, IL 60302 | - | | | | | | Unknown |
| Account No. | | | Client of Debtor | | | | |
| Joe Shepley 745 N. Hayes Ave. Oak Park, IL 60302 | - | | | | | | Unknown |
| Account No. | | | Client of Debtor | | | | |
| John Quinn 3500 N. Lake Shore Drive, Unit 6C Chicago, IL 60651 | - | | | | | | Unknown |
| Account No. | | | Clients of Debtor | | | | |
| Joyce Cullinane 1205 Forest Ave. Oak Park, IL 60302 | - | | | | | | Unknown |

Sheet no. _8_ of _14_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   53,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Bonterra, Inc.                                          ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Client of Debtor | | | | |
| Kathy Tsitovich 101 Keystone Ave. River Forest, IL 60305 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Kovar Lake point tower 505 N. lake shore drive Unit 1112 Chicago, IL 60611 | - | | | | | | | 44,000.00 |
| Account No. | | | | | | | | |
| Lobash and Lobash Accounting Servic c/o Michael Lobash 115 Bluff Ave La Grange, IL 60525 | - | | | | | | | 4,050.00 |
| Account No. | | | | Client of Debtor | | | | |
| Michael Nemlich 2012 N. Cleveland Ave. Chicago, IL 60614 | - | | | | | | | Unknown |
| Account No. | | | | Client of Debtor | | | | |
| Nat Miller 920 Lathrop Ave. Forest Park, IL 60130 | - | | | | | | | Unknown |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    48,050.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Bonterra, Inc. _____,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 2511 | | | | | | | | |
| Nicor PO Box 5407 Carol Stream, IL 60197 | - | | | | | | | 300.00 |
| Account No. 5407 | | | | Utility Bill | | | | |
| Nicor Gas 1050 S. Elgin Forest Park, IL 60130 | - | | | | | | | 458.00 |
| Account No. | | | | | | | | |
| Paulsons Paint Store 7400 W Madison St | - | | | | | | | 1,900.00 |
| Account No. | | | | Business Debt | | | | |
| Pekin Insurance 2505 Court Street Pekin, IL 61558-0001 | - | | | | | | | 7,829.00 |
| Account No. 9227 | | | | Business Debt | | | | |
| Perma-Seal 513 Rogers St Downers Grove, IL 60515 | - | | | | | | | 2,096.80 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    12,583.80

B6F (Official Form 6F) (12/07) - Cont.

In re   Bonterra, Inc. _____,   Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | loan | | | | |
| PGMDVM LLC c/o Paul Martin 3900 Leeward Passage Ct. #103 Bonita Springs, FL 34134 | - | | | | | | 200,000.00 |
| Account No. | | | Business Debt | | | | |
| Quality Painting Co. c/o Antonio Carey 800 S. Wells St. 1306 Chicago, IL 60607 | - | | | | | | 3,300.00 |
| Account No. | | | Clients of Debtor | | | | |
| Roumen Balabanov 1530 N. Dearborn Parkway Chicago, IL 60610 | - | | | | | | Unknown |
| Account No. | | | Client of Debtor | | | | |
| Roy Russell 1515 N. Menard Ave. Chicago, IL 60651 | - | | | | | | Unknown |
| Account No. | | | loan | | | | |
| Saviday Properties c/o Jens Bogenhegn 244 Home Ave. Oak Park, IL 60302 | - | | | | | | 375,000.00 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

578,300.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Bonterra, Inc.                                            ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Client of Debtor | | | | |
| Scott Sekulich 721 N. Hayes Ave. Oak Park, IL 60302 | - | | | | | | | Unknown |
| Account No. | | | | Business Debt | | | | |
| Service Sanitation, Inc 135 Blaine Street Gary, IN 46406 | - | | | | | | | 576.92 |
| Account No. | | | | Business Debt | | | | |
| SMG Security Systems 120 King Street Elk Grove Village, IL 60007 | - | | | | | | | 193.20 |
| Account No. | | | | Business Debt | | | | |
| SRU Communications & Technology INC c/o Ed Lerman 1739 Chestnut Ave Ste. 700 Glenview, IL 60025 | - | | | | | | | 6,000.00 |
| Account No. | | | | Business Debt | | | | |
| State Farm Insurance Support Center PO Box 680001 Dallas, TX 75368 | - | | | | | | | Unknown |

Sheet no. _12_ of _14_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,770.12

B6F (Official Form 6F) (12/07) - Cont.

In re   Bonterra, Inc. _____ ,   Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Steve Hiatt <br> 1632 Lakeview Dr. <br> Darien, IL 60561 | - | | loan | | | | 18,099.15 |
| Account No. <br><br> Stevieu LLC <br> c/o Steve Weiss <br> 314 W. Menomonee St. <br> Chicago, IL 60614 | - | | loan | | | | 530,000.00 |
| Account No. <br><br> Sustainable Solutions LED <br> 910 W Van Buren St. Ste 6A <br> Chicago, IL 60607 | - | | Business Debt | | | | 983.00 |
| Account No. <br><br> Tom Berry <br> 1338 S. Federal St. <br> Chicago, IL 60605 | - | | | | | | Unknown |
| Account No. <br><br> Village Of Westchester <br> 10300 Roosevelt Road <br> Westchester, IL 60154 | - | | Business Debt | | | | 60.61 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

549,142.76

B6F (Official Form 6F) (12/07) - Cont.

In re     Bonterra, Inc.                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Waste Management PO Box 4648 Carol Stream, IL 60197 | | - | | | | | | 2,750.53 |
| Account No. | | | | Business Debt | | | | |
| Web Bank 2001 NW 107th Ave. 3rd Floor Miami, FL 33172 | | - | | | | | | 30,789.50 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 33,540.03 |
| Total (Report on Summary of Schedules) | | 1,551,031.33 |

B6G (Official Form 6G) (12/07)

.

In re    Bonterra, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| PVMDVM, LLC<br>c/o Paul Martin<br>3900 Leeward Passage Ct. #103<br>Bonita Springs, FL 34134 | Leasehold pemises located at 9856 Derby Lane, Westchester, IL 60154 |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re    Bonterra, Inc.                                              Case No. _____

                                             Debtor(s)                  Chapter      7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept | $    8,000.00 |
| Prior to the filing of this statement I have received | $    8,000.00 |
| Balance Due | $    0.00 |

2.    $   335.00   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         Representations of Debtor against Motions for Relief and Motions to Dismiss

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    August 28, 2015                            /s/ Joseph E. Cohen
                                                    Joseph E. Cohen 3123243
                                                    Cohen & Krol
                                                    105 West Madison Street
                                                    Suite 1100
                                                    Chicago, IL 60602-4600
                                                    312.368.0300   Fax: 312.368.4559

# United States Bankruptcy Court
## Northern District of Illinois

In re    Bonterra, Inc.                                                       Case No. _____

                                                    Debtor(s)         Chapter     7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                   80

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August 28, 2015                            /s/ Steven Kirsch
                                                         Steven Kirsch/President
                                                         Signer/Title

1020 S. Elgin Forest Park IL 60130
c/o Carol Krause
510 Selborne
Riverside, IL 60546


70 Oakvale Road Highland Park IL
c/o Ed Zifken
1151 Linden Ave.
Highland Park, IL 60035


A & M Fence Corp
3114 S. 61st Avenue
Cicero, IL 60804


AB Pro Construction
c/o Dan Borbin
3518 N. Claremont Ave
Chicago, IL 60618


Affordable Hardwood
c/o Claudio Duma
348 Brown St. unit 11
Des Plaines, IL 60016


All Pro Contracting, Inc.
c/o Chris Talar
830 West Route 22, #109
Lake Zurich, IL 60047


All State Plumbing
c/o Yaser Shakboua
3158 N Neenah Ave 3-D
Chicago, IL 60634


All You Can Heat and Cool
c/o Pino Zafardino
308 Beech Street
Willow Springs, IL 60480


American Concete Restoration
c/o Cathy Burkert
11S375 Jeans Road
Lemont, IL 60439

American Express
PO Box 650448
Dallas, TX 75265


Andrew Fuller
716 S. Kenilworth Ave.
Oak Park, IL 60304


Arcos Environmental
c/o Transito Oliva
7413 W. Duvan Drive Unit z


Arnold & Co.
7900 Nashville
Burbank, IL 60459


AT&T Mobility
PO Box 6463

Carol Stream, IL 60197

B.C. Alarms Inc.
c/o Ray Conrad
PO Box 5815
Elgin, IL 60121


Big Rentz
c/o Lexie Stiles
1063 McGaw Ave. #200
Irvine, CA 92614


Biz Lending
844 Town Ceter Dr.
Langhorne, PA 19047


Bolt Scavenger Services
5819 W. Ogden Avenue
Cicero, IL 60804


Brian Bayan
127 N. Garfield Street
Hinsdale, IL 60521


CAN Capital
2015 Vaughn Road Suite 500
Kennesaw, GA 30144

Car Collectors Warehouse
2500 Bradley Place
Chicago, IL 60610


Carol Krause
510 Selbourne
Riverside, IL 60546


Charlene Lancaster
390 Country Oak Lane
Palatine, IL 60067


Chase
PO Box 15298
Wilmington, DE 19850


Chase
PO Box 15298
Wilmington, DE 19850


Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153


Chicago Demolition Inc.
c/o Peter
4818 S. LaPorte
Chicago, IL 60638


Chicago Harley Davidson
2929 Patriot Drive
Glenview, IL 60026


Collin Abert
2144 N Sheffield Ave
Chicago, IL 60614


Comcast
PO Box 3001
Southeastern, PA 19398


ComEd
PO Box 6111
Carol Stream, IL 60197

ComEd
PO BOX 6111
Carol Stream, IL 60197


Contract Installation, LLC
333 Washington Blvd.
Mundelein, IL 60060


Cook County Treasurer
PO Box 805438
Chicago, IL 60680


Dan Alexander
1350 Braeburn
Flossmoor, IL 60422


DiVinci Painters Inc.
PO Box 1994
Highland Park, IL 60035


Everest Business Funding
2001 NW 107th Ave. 3rd Floor
Miami, FL 33172


Forest Park National Bank
7348 W. Madison St.
Oak Park, IL 60304


Fox Powersports
3562 29th Street SE
Grand Rapids, MI 49512


Frances Landfear
6442 Fairfield
Berwyn, IL 60402


Funding Metrics
884 Town Center Dr.
Langhorne, PA 19047


Heather Claxton-Douglas
508 S. Elmwood Ave.
Oak Park, IL 60304

Home Depot
Processing Center
Des Moines, IA 50364


Illinois Secretarry of State
PO Box 19035
Springfield, IL 62794-9035


Infinite Construction Group
Ramone
1400 NE Miami Gardens Dr.
Miami, FL 33179


Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


J. Scott Renovation Company
c/o Joe Glasder
7508 S Rawson
Cary, IL 60013


Jens Bogehegn
244 Home Ave.
Oak Park, IL 60302


Joe Shepley
745 N. Hayes Ave.
Oak Park, IL 60302


John Quinn
3500 N. Lake Shore Drive, Unit 6C
Chicago, IL 60651


Joyce Cullinane
1205 Forest Ave.
Oak Park, IL 60302

Kathy Tsitovich
101 Keystone Ave.
River Forest, IL 60305


Kovar
Lake point tower
505 N. lake shore drive Unit 1112
Chicago, IL 60611


Lobash and Lobash Accounting Servic
c/o Michael Lobash
115 Bluff Ave
La Grange, IL 60525


Michael Nemlich
2012 N. Cleveland Ave.
Chicago, IL 60614


Nat Miller
920 Lathrop Ave.
Forest Park, IL 60130


Nicor
PO Box 5407
Carol Stream, IL 60197


Nicor Gas
1050 S. Elgin
Forest Park, IL 60130


Paulsons Paint Store
7400 W Madison St


Pekin Insurance
2505 Court Street
Pekin, IL 61558-0001


Perma-Seal
513 Rogers St
Downers Grove, IL 60515


PGMDVM LLC
c/o Paul Martin
3900 Leeward Passage Ct. #103
Bonita Springs, FL 34134

PVMDVM, LLC
c/o Paul Martin
3900 Leeward Passage Ct. #103
Bonita Springs, FL 34134


Quality Painting Co.
c/o Antonio Carey
800 S. Wells St. 1306
Chicago, IL 60607


Roumen Balabanov
1530 N. Dearborn Parkway
Chicago, IL 60610


Roy Russell
1515 N. Menard Ave.
Chicago, IL 60651


Saviday Properties
c/o Jens Bogenhegn
244 Home Ave.
Oak Park, IL 60302


Scott Sekulich
721 N. Hayes Ave.
Oak Park, IL 60302


Service Sanitation, Inc
135 Blaine Street
Gary, IN 46406


SMG Security Systems
120 King Street
Elk Grove Village, IL 60007


SRU Communications & Technology INC
c/o Ed Lerman
1739 Chestnut Ave Ste. 700
Glenview, IL 60025


State Farm Insurance Support Center
PO Box 680001
Dallas, TX 75368

Steve Hiatt
1632 Lakeview Dr.
Darien, IL 60561


Stevieu LLC
c/o Steve Weiss
314 W. Menomonee St.
Chicago, IL 60614


Sustainable Solutions LED
910 W Van Buren St. Ste 6A
Chicago, IL 60607


Tom Berry
1338 S. Federal St.
Chicago, IL 60605


Village Of Westchester
10300 Roosevelt Road
Westchester, IL 60154


Waste Management
PO Box 4648
Carol Stream, IL 60197


Web Bank
2001 NW 107th Ave. 3rd Floor
Miami, FL 33172

# United States Bankruptcy Court
## Northern District of Illinois

In re   Bonterra, Inc.
Debtor(s)

Case No.
Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Bonterra, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 28, 2015
Date

/s/ Joseph E. Cohen
Joseph E. Cohen 3123243
Signature of Attorney or Litigant
Counsel for   Bonterra, Inc.
Cohen & Krol
105 West Madison Street
Suite 1100
Chicago, IL 60602-4600
312.368.0300 Fax:312.368.4559