IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | 15-29570 |
| BONTERRA, INC., | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | Chapter 7 |

**TRUSTEE'S REPORT OF SALE**

      Andrew J. Maxwell, Trustee, by his attorneys, states the following as Trustee's Report of Sale:

      1.      By order of the Court (docket no. 48), Trustee was authorized to sell real estate commonly known as **2511 Brumley, Flossmoor, IL 60422,** as set forth in the Motion to Sell Real Estate Free and Clear of Liens and For Other Relief (docket no. 42). The Real Estate was sold to Equivalent Exchange Investment Holdings, LLC, for a sale price of $115,000.00. A copy of the Settlement Statement dated July 13, 2016, is attached.

      Respectfully submitted,
      Andrew J. Maxwell, Trustee


      By: /s/ *Andrew J. Maxwell*
           One of his attorneys

Andrew J. Maxwell (ARDC# 1799150)
**Maxwell Law Group, LLC**
20 N Clark Street, Suite 200
Chicago, IL 60602
312/368-1138

1